■ The People of the State of New York v. Allan Coulter.— Motion for leave to dispense with printing granted to the extent and on the

terms and conditions contained in the order of this court entered herein. Concur — Botein, P. J., Breitel, Stevens and Eager, JJ.